IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-00239 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| WILLIAM D. GANT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's motion for early termination of supervised release (Docket Entry No. 28) and supporting materials. To date, this motion is unopposed. Upon review of the motion and supporting materials, this motion is **GRANTED** and the Defendant's supervised release is **TERMINATED** upon entry of this Order.

It is so **ORDERED**.

ENTERED this the 23rd day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court